JS-6

# United States District Court
## Central District of California
### Eastern Division

Edgard A Nochez,

           Plaintiff,

v.

Law Offices of Tary C Loomis-Therrien, et al.,

           Defendants.

EDCV 15-937-VAP (KKx)

**Judgment as to Defendants Law Offices of Tary C. Loomis-Therrien and Fieldstone Collections II Homeowners Association**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Orders filed on November 17, 2015, and January 19, 2016, IT IS ORDERED AND ADJUDGED that Plaintiff Edgard A. Nochez's First Amended Complaint (Doc. 26) is DISMISSED WITHOUT PREJUDICE as to Defendants Law Offices of Tary C. Loomis-Therrien and Fieldstone Collections II Homeowners Association. The Court orders that such judgment be entered.

Dated:   2/2/16

                                       Virginia A. Phillips
                                United States District Judge